In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00054-CR**
_____

**ARMANI MENDALE EAGLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 21-38867**

**MEMORANDUM OPINION**

On January 31, 2022, the trial court sentenced Armani Mendale Eaglin, appellant, on a conviction for harassment by a person in a correctional facility. On February 8, 2022, Eaglin filed a notice of appeal. The trial court signed a certification in which the trial court certified that this is a plea-bargain case and Eaglin has no right of appeal and that Eaglin waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The District Clerk provided the certification to the Court of Appeals.

1

On February 16, 2022, we notified the parties that we would dismiss the appeal unless the appellant established grounds to continue the appeal. Eaglin failed to respond to the notice. Since the record lacks a certification saying that Eaglin has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 29, 2022
Opinion Delivered March 30, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.